AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dimitrios Kotsanidis

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, U.S. Attorney General; Michael
Chertoff, DHS Secretary; Emilio Gonzalez, USCIS
Director, Richard Caterisano, District Director,
USCIS/BDO; Robert Mueller, III, FBI Director

CASE N!

Case: 1:08-cv-01025
Assigned To : Walton, Reggie B.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory N. Bryl, Esq.
287 S Pickett Street, Suite 201
Alexandria, VA 22304

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 1 6 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06/17/2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Gregory N. Bryl, Esq. | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): __Federal Express Delivery__

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __06/18/2008__          _____
                Date                     *Signature of Server*

Attorney At Law
287 S Pickett St, Suite 201
Alexandria, VA 22304
_____
*Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Gregory N. Bryl, Esq.

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, June 17, 2008 9:34 AM
**To:** help@bryllaw.com
**Subject:** FedEx Shipment 796013637753 Delivered

This tracking update has been requested by:

Company Name:          Bryl Law
Name:                  Gregory Bryl
E-mail:                help@bryllaw.com

Our records indicate that the following shipment has been delivered:

Reference:                 Kotsanidis Mukasey
Ship (P/U) date:           Jun 16, 2008
Delivery date:             Jun 17, 2008 9:27 AM
Sign for by:               M.PARRIS
Delivered to:              Shipping/Receiving
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:           796013637753

Shipper Information            Recipient Information
Gregory Bryl                   Michael B Mukasey, Attorney
Bryl Law                       General
287 S Pickett St;Suite 201     United States Department of
Alexandria                     Justice
VA                             950 Pennsylvania Ave NW
US                             Washington
22304                          DC
                               US
                               20530

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:33 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

6/18/2008