AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dimitrios Kotsanidis

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, U.S. Attorney General; Michael Chertoff, DHS Secretary; Emilio Gonzalez, USCIS Director, Richard Caterisano, District Director, USCIS/BDO; Robert Mueller, III, FBI Director

Case: 1:08-cv-01025
Assigned To : Walton, Reggie B.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Jeffrey A. Taylor, U.S. Attorney for the District of Columbia
555 Fourth Street NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory Bryl, Esq.
287 S Pickett Street, Suite 201
Alexandria, VA 22304

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 6 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 06/17/2008 |
| NAME OF SERVER *(PRINT)* Gregory N. Bryl, Esq. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/18/2008
           Date

*Signature of Server*
Attorney At Law
287 S Pickett St, Suite 201
Alexandria, VA 22304
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Gregory N. Bryl, Esq.**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, June 17, 2008 11:14 AM
**To:** help@bryllaw.com
**Subject:** FedEx Shipment 797012720945 Delivered

This tracking update has been requested by:

Company Name:      Bryl Law
Name:              Gregory Bryl
E-mail:            help@bryllaw.com

Our records indicate that the following shipment has been delivered:

Reference:                      Kotsanidis USAO-DC
Ship (P/U) date:                Jun 16, 2008
Delivery date:                  Jun 17, 2008 11:11 AM
Sign for by:                    S.ROBINSON
Delivered to:                   Mailroom
Service type:                   FedEx Standard Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services:      Deliver Weekday

Tracking number:                797012720945

Shipper Information             Recipient Information
Gregory Bryl                    Jeffery A. Taylor, U.S.
Bryl Law                        Attorney
287 S Pickett St;Suite 201      U.S. Attorney for the DC
Alexandria                      555 Fourth Street NW
VA                              Washington
US                              DC
22304                           US
                                20530

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:13 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the