AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dimitrios Kotsanidis

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, U.S. Attorney General; Michael
Chertoff, DHS Secretary; Emilio Gonzalez, USCIS
Director, Richard Caterisano, District Director,
USCIS/BDO; Robert Mueller, III, FBI Director

CASE ♪

Case: 1:08-cv-01025
Assigned To : Walton, Reggie B.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL CHERTOFF, Secretary of the Department of
Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory N. Bryl, Esq.
287 S Pickett Street, Suite 201
Alexandria, VA 22304

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 1 6 2008

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/17/2008 |
| NAME OF SERVER *(PRINT)*  Gregory N. Bryl, Esq. | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Federal Express Delivery

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/18/2008
                  Date

*Signature of Server*

Attorney At Law
287 S Pickett St, Suite 201
Alexandria, VA 22304
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Gregory N. Bryl, Esq.

**From:**     TrackingUpdates@fedex.com
**Sent:**     Tuesday, June 17, 2008 9:40 AM
**To:**       help@bryllaw.com
**Subject:**  FedEx Shipment 796013637878 Delivered

This tracking update has been requested by:

```
Company Name:              Bryl Law
Name:                      Gregory Bryl
E-mail:                    help@bryllaw.com
```

Our records indicate that the following shipment has been delivered:

```
Reference:                 Kotsanidis Chertoff
Ship (P/U) date:           Jun 16, 2008
Delivery date:             Jun 17, 2008 9:35 AM
Sign for by:               E.BURTON
Delivered to:              Shipping/Receiving
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:           796013637878
```

```
Shipper Information             Recipient Information
Gregory Bryl                    Michael Chertoff, DHS Secretary
Bryl Law                        Office of the General Counsel
287 S Pickett St;Suite 201      Department of Homeland Security
Alexandria                      Washington
VA                              DC
US                              US
22304                           20528
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:39 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dimitrios Kotsanidis

**SUMMONS IN A CIVIL CASE**

V.                                                                                          ,

Michael B. Mukasey, U.S. Attorney General; Michael
Chertoff, DHS Secretary; Emilio Gonzalez, USCIS
Director, Richard Caterisano, District Director,
USCIS/BDO; Robert Mueller, III, FBI Director

CASE I

Case: 1:08-cv-01025
Assigned To : Walton, Reggie B.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

EMILIO GONZALEZ, Director of U.S. Citizenship and
Immigration Services
Office of the Chief Counsel, USCIS
20 Massachusetts Ave NW, Room 4025
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory N. Bryl, Esq.
287 S Pickett Street, Suite 201
Alexandria, VA 22304

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 6 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 06/17/2008 |
|---|---|

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Gregory N. Bryl, Esq. | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) :  Federal Express Delivery _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/18/2008
_____
Date

_____
Signature of Server

Attorney At Law
287 S Pickett St, Suite 201
Alexandria, VA 22304
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Gregory N. Bryl, Esq.

**From:**      TrackingUpdates@fedex.com
**Sent:**      Tuesday, June 17, 2008 12:10 PM
**To:**        help@bryllaw.com
**Subject:**   FedEx Shipment 796013637959 Delivered

This tracking update has been requested by:

Company Name:
Name:                          Bryl Law
E-mail:                        Gregory Bryl
                               help@bryllaw.com

Our records indicate that the following shipment has been delivered:

Reference:                     Kotsanidis Gonzalez
Ship (P/U) date:               Jun 16, 2008
Delivery date:                 Jun 17, 2008 12:08 PM
Sign for by:                   R.SIMPSON
Delivered to:                  Guard/Security Station
Service type:                  FedEx Standard Overnight
Packaging type:                FedEx Envelope
Number of pieces:              1
Weight:                        0.50 lb.
Special handling/Services:     Deliver Weekday

Tracking number:               796013637959

Shipper Information            Recipient Information
Gregory Bryl                   Emilio Gonzalez, USCIS Director
Bryl Law                       Office of the General
287 S Pickett St;Suite 201     Counsel/CIS
Alexandria                     20 Massachusetts Ave NW;Room
VA                             4025
US                             Washington
22304                          DC
                               US
                               20529

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:10 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dimitrios Kotsanidis

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, U.S. Attorney General; Michael
Chertoff, DHS Secretary; Emilio Gonzalez, USCIS
Director, Richard Caterisano, District Director,
USCIS/BDO; Robert Mueller, III, FBI Director

CAS

Case: 1:08-cv-01025
Assigned To : Walton, Reggie B.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

RICHARD CATERISANO, District Director, USCIS
Baltimore District Office
31 Hopkins Plaza, First Floor
Baltimore, MD 21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory N. Bryl, Esq.
287 S Pickett Street, Suite 201
Alexandria, VA 22304

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 1 6 2008

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/17/2008 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* Gregory N. Bryl, Esq. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Federal Express Delivery__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __06/18/2008__
           Date

Signature of Server

Attorney At Law
287 S Pickett St, Suite 201
Alexandria, VA 22304
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Gregory N. Bryl, Esq.

**From:**      TrackingUpdates@fedex.com
**Sent:**      Tuesday, June 17, 2008 2:00 PM
**To:**        help@bryllaw.com
**Subject:** FedEx Shipment 796013637992 Delivered

---

This tracking update has been requested by:

```
Company Name:              Bryl Law
Name:                      Gregory Bryl
E-mail:                    help@bryllaw.com
```

---

Our records indicate that the following shipment has been delivered:

```
Reference:                 Kotsanidis Caterisano
Ship (P/U) date:           Jun 16, 2008
Delivery date:             Jun 17, 2008 1:54 PM
Sign for by:               E.YAO
Delivered to:              Mailroom
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:           796013637992
```

```
Shipper Information              Recipient Information
Gregory Bryl                     Richard Caterisano, District
Bryl Law                         Dir.
287 S Pickett St;Suite 201       USCIS BAL
Alexandria                       31 Hopkins Plaza;1st Floor
VA                               Baltimore
US                               MD
22304                            US
                                 21201
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:59 PM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

6/18/2008