AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dimitrios Kotsanidis

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, U.S. Attorney General; Michael Chertoff, DHS Secretary; Emilio Gonzalez, USCIS Director, Richard Caterisano, District Director, USCIS/BDO; Robert Mueller, III, FBI Director

CA

Case: 1:08-cv-01025
Assigned To : Walton, Reggie B.
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT MUELLER III, Director of the Federal Bureau of Investigation
Office of the General Counsel, FBI
935 Pennsylvania Ave NW, Room 7427
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory Bryl, Esq.
287 S Pickett Street, Suite 201
Alexandria, VA 22304

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                JUN 1 6 2008

CLERK                                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/17/2008 |
| NAME OF SERVER *(PRINT)* Gregory N. Bryl, Esq. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/18/2008
            *Date*

*Signature of Server*
Attorney At Law
287 S Pickett St, Suite 201
Alexandria, VA 22304
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Gregory N. Bryl, Esq.**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, June 17, 2008 9:54 AM
**To:** help@bryllaw.com
**Subject:** FedEx Shipment 796013638109 Delivered

This tracking update has been requested by:

Company Name:       Bryl Law
Name:               Gregory Bryl
E-mail:             help@bryllaw.com

Our records indicate that the following shipment has been delivered:

Reference:                   Kotsanidis Mueller
Ship (P/U) date:             Jun 16, 2008
Delivery date:               Jun 17, 2008 9:52 AM
Sign for by:                 J.SAWYER
Delivered to:                FedEx Location
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      0.50 lb.
Special handling/Services:   Hold At FedEx Location

Tracking number:             796013638109

Shipper Information                 Recipient Information
Gregory Bryl                        Robert Mueller, III, Director
Bryl Law                            Federal Bureau of
287 S Pickett St;Suite 201          Investigation/FBI
Alexandria                          935 PENNSYLVANIA AVE NW RM 7427
VA                                  WASHINGTON
US                                  DC
22304                               US
                                    20535

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:53 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the