UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DIMITRIOS KOTSANIDIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-1025 (RBW) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.* | ) ) ) ) | |
| Defendants. | ) ) ) | |

## **UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendants request that the Court extend Defendants' deadline for responding to the Complaint from August 18, 2008, to September 8, 2008. Defense counsel has conferred with Plaintiff's counsel and has learned that Plaintiff does not oppose this request. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants, specifically U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's N-400 naturalization application. Plaintiff alleges that USCIS has unreasonably and improperly delayed adjudicating his application due to delays with the "name check" security process performed by the Federal Bureau of Investigation ("FBI"). The U.S. Attorney's Office received the Complaint on June 17, 2008.

Promptly after being assigned the case, undersigned counsel contacted agency counsel to obtain information and assistance. Although agency counsel and defense counsel have conferred

regarding how best to respond to the Complaint (*e.g.*, by a motion to dismiss, or a motion to transfer), due to matters and deadlines in other pending cases, Defendants have been unable, as of yet, to formulate an appropriate response. Accordingly, Defendants seek a small amount of additional time to respond to the Complaint.[1]

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. The requested extension will allow Defendants a reasonable amount of additional time to formulate an appropriate response, thereby serving the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, September 8, 2008. A proposed order is attached.

Dated: August 15, 2008
       Washington, DC

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                  United States Attorney

                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

---

[1] Additionally, USCIS recently sent a notice to Plaintiff requesting that Plaintiff submit updated fingerprints in connection with his naturalization application.


- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIMITRIOS KOTSANIDIS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1025 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, September 8, 2008, to respond to the Complaint in this action.

_____    _____
Date                                                REGGIE B. WALTON
                                                    United States District Judge


Copies to Counsel of Record by CM/ECF.